UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Markem Corporation</u>

        v.                          Case No. 07-cv-06-SM

<u>Zipher Ltd, et al.</u>

<u>O R D E R</u>

On March 26, 2007, case number 07-cv-85-PB, which has since been consolidated with the above-captioned case, was transferred to this district from the Western District of Wisconsin. By order dated March 28, 2007, attorney James R. Cole was informed that a motion <u>pro</u> <u>hac</u> <u>vice</u> must be filed on his behalf within thirty (30) days or the matter would be referred to a judicial office for appropriate action.  By notice issued the same date,  Attorney Cole was informed that electronic filing was mandatory in this district and instructed that he was required to register to receive a login and password to our Electronic Case Filing (ECF) system within thirty (30) days. As of this date, no <u>pro</u> <u>hac</u> <u>vice</u> motion has been filed on Attorney Cole's behalf and he has not registered for ECF.

Attorney Cole shall have a <u>pro</u> <u>hac</u> <u>vice</u> motion filed on his behalf, and shall register for ECF,  on or before  June 12, 2007.  If Attorney Cole fails to comply with both of these requirements within this time frame, the court will immediately remove him as counsel of record in the case without further order of the court.

SO ORDERED.

Date: May  30,  2007

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:  Counsel of Record