`Case 1:07-cv-00006-PB   Document 65   Filed 12/14/07   Page 1 of 1`

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Markem Corporation</u>,
    Plaintiff

      v.                                  Case No. 07-cv-06-SM

<u>Zipher Ltd. and Videojet</u>
<u>Technologies, Inc.</u>,
    Defendants

## O R D E R

As all parties have not filed waivers with the Clerk of Court by the prescribed time the undersigned is hereby recused from presiding over this matter. The Clerk shall reassign this case in accordance with the usual practices.

    SO ORDERED.


December 14, 2007                                  _____
                                                 Steven J. McAuliffe
                                                 Chief Judge


cc:    All Counsel of Record