IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Markem Corporation,

    Plaintiff

       v.

Zipher Ltd. and
Videojet Technologies, Inc.,

    Defendants

Civil Action No. 1:07-cv-6-PB

## SCHEDULING ORDER

The Court, having considered the Parties' Joint Motion for Scheduling Order, finds that there is good cause for granting the Motion and, therefore, IT IS HEREBY ORDERED THAT:

The Scheduling Order dated July 24, 2007, as amended on January 22, 2008 is hereby vacated.

All discovery is stayed pending resolution of claim construction.

A claim construction hearing is set for May 29, 2008, preceded by a tutorial for which Plaintiff will be allotted one hour, and Defendants one hour.

After the Court renders a claim construction ruling, a Status Conference will be held to set dates for the remaining fact discovery, expert reports, expert discovery, and dispositive motion.

February 29, 2009

cc:  Counsel of Record

/s/ Paul Barbadoro
US District Judge