UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Markem Corporation</u>

    v.                        Case No. 07-cv-6-PB

<u>Zipher, Ltd.</u>


<u>ORDER</u>

    Re: Document No.93 , Motion for Reconsideration

    Ruling:

Markem's argument, which is based on a surprising misinterpretation of the court's order, is without merit. I reserve the right to construe the claim term addressed in the motion for reconsideration at a later point in the proceedings if it becomes necessary to do so in ruling on a motion for summary judgement or a trial-related motion. Motion denied.

                                    <u>/s/ Paul Barbadoro</u>
                                    Paul Barbadoro
                                    U.S. District Judge


Date: 10/7/2008

cc: Counsel of Record