```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Markem-Imaje Corp.**

    v.                               Case Nos. 07-cv-006-PB
                                           12-cv-034-PB
**Zipher, Ltd., et al.**


### O R D E R

The cases shall be consolidated for pretrial purposes only. The parties shall meet and confer and prepare a joint revised pretrial plan for the resolution of both cases that incorporates existing deadlines and proposes modifications, where necessary, to address the new case. The plan shall be filed within 14 days. I expect the parties to agree on all aspects of the proposed plan. In the event that the parties are not able to agree, however, each party shall file a memorandum the same day that the plan is filed that identifies any areas of disagreement and explains the party's position on the disputed issues. I will resolve any remaining areas of disagreement on the papers. I will reserve judgment as to whether the cases will be consolidated for trial until a later date.

    SO ORDERED.

```
                              /s/Paul Barbadoro
                              Paul Barbadoro
                              United States District Judge
```

April 23, 2012
cc:   Counsel of Record